Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to Plaintiff
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

440 WEST 164th STREET HOUSING
FUND CORPORATION,

                  Debtor.

------------------------------------------------------------x

INNA KHITERER, individually
and derivatively on behalf of
440 WEST 164th STREET HOUSING
FUND CORPORATION,

                  Plaintiff,

v.

440 WEST 164th STREET HOUSING FUND
CORPORATION, FIA 164 HOLDINGS LLC,
MARK SCHWARTZ and JOHN DOES
"1" through "50",

                  Defendants.

------------------------------------------------------------x

Chapter 11
Case No. 15-10714 (RDD)

Adv. Proc. No. 15-08276 (RDD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NEW YORK  )

       NOVERINE ROBINSON, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

       On May 20, 2015, I served that certain *Summons and Notice of Pretrial Conference in an Adversary Proceeding*, along with a copy of the corresponding *Complaint*, with regard to the

above-captioned adversary proceeding by depositing true copies of the same, enclosed in a properly addressed postage-paid envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for regular, first class United States mail, postage fully pre-paid, addressed to: (a) 440 West 164th Street Housing Development Fund Corporation, 440 West 164th Street, Apt. 44, New York, New York 10032, Attn: Officer, General or Managing Agent; (b) FIA 164 Holdings LLC, 7280 West Palmetto Park Road, Suite 106-N, Boca Raton, Florida 33433, Attn: Officer, General or Managing Agent; (c) FIA 164 Holdings LLC, 115 Broadway, Suite 302, New York, New York 10006, Attn: Officer, General or Managing Agent; and (d) Mark Schwartz, 641 Cumberland Avenue, Teaneck, New Jersey 07666.

_____
NOVERINE ROBINSON

Sworn to before me this
20th day of May, 2015

_____

ERIC C. ZABICKI
Notary Public, State of New York
No. 02ZA6078736
Qualified in New York County
Commission Expires August 5, 20 /8