Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to Plaintiff
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                             Chapter 11
440 WEST 164th STREET HOUSING                                      Case No. 15-10714 (RDD)
FUND CORPORATION,

                        Debtor.
-----------------------------------------------------------x
INNA KHITERER, individually                                        Adv. Proc. No. 15-08276 (RDD)
and derivatively on behalf of
440 WEST 164th STREET HOUSING
FUND CORPORATION,

                        Plaintiff,
   v.

440 WEST 164th STREET HOUSING FUND
CORPORATION, FIA 164 HOLDINGS LLC,                                 **AFFIDAVIT OF SERVICE**
MARK SCHWARTZ and JOHN DOES
"1" through "50",

                        Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK  )
                                ) ss.:
COUNTY OF ROCKLAND )

       NILDA REYES, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in Pomona, New York.

       On July 9, 2015, I served that certain *Plaintiff Inna Khiterer's Disclosures Pursuant to Bankruptcy Rule 7026(a)(1)* with regard to the above-captioned adversary

proceeding via email transmission upon: Candace Carponter, Esq. at ccarponter@carponterlaw.com; Efrem Schwalb, Esq. at eschwalb@koffskyschwalb.com; Leo Fox, Esq. at leofox1947@aol.com

_____
Nilda Reyes

Sworn to before me this
9th day of July, 2015

_____
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430
Qualified in New York County
Commission Expires February 26, 2019