UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

In re                                                                    Chapter 11

440 West 164th Street Housing Development Fund Corporation,    Case No. 15-08276

                            Debtor.
-------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Backenroth Frankel & Krinsky, LLP, as counsel to the Debtor in the main bankruptcy case, requests service of pleadings for calendaring purposes in adversary proceeding no. 15-08276.

Dated: New York, New York
       July 20, 2015

                                        BACKENROTH FRANKEL & KRINSKY, LLP

                                By:     s/ Mark Frankel
                                        800 Third Avenue
                                        New York, New York  10022
                                        (212) 593-1100